IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

DENICE MARTIN,
QUINTON MARTIN,
ANTHONY C. MARTIN,
TONY MARTIN, AMANDA DELAGRANGE
PLAINTIFF{S}
    vs.

1:18CV121 TLS

Case Number:

NOBLE COUNTY SHERIFF'S DEPT.;
ALLEN CONUTY SHERIFF'S DEPT.;
FORT WAYNE POLICE DEPT.;
INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};
SGT. JOE HUTSELL {NOBLE CO. SHERIFF};
SGT. TIM DOLBY {NOBLE CO. SHERIFF};
DETECTIVE SHAWN DUNAFIN {NOBLE CO.};
DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];
SGT. JOHN R. PETRO {ISP}; UNKNOWN OFFICERS
DEFENDANTS{S}

A.     PARTIES:

    1. Plaintiff is a citizen of INDIANA , and is located at
                            (State)

    214 EAST MASTERSON AVE., FORT WAYNE, INDIANA 46803

D-6 (revised 12/28/15)                       Complaint - 1

QUINTON MARTIN
214 East Masterson Ave.
FORT WAYNE, IN. 4680

ANTHONY C. MARTIN
4490 WEST REFORMATORY ROAD
PENDLETON, IN. 46064

2.  Defendant{s}  In their official and individual capacities.

NOBLE COUNTY SHERIFF'S DEPT.
210 SOUTH 7TH STREET
ALBION, IN. 46701

DOUG HARP {NOBLE CO. SHERIFF}
210 SOUTH 7TH STREET
ALBION, IN. 46701

NOBLE COUNTY PROSECUTOR'S
109 NORTH YORK ST.
ALBION, IN. 46701

SGT. JOE HUTSELL {NOBLE CO. SHERIFF}
210 SOUTH 7TH STREET
ALBION, IN. 46701

FORT WAYNE POLICE DEPT.
200 EAST BERRY ST.
FORT WAYNE, IN. 46802

DETECTIVE SHAWN DUNAFIN {NOBLE CO.}
210 SOUTH 7TH STREET
ALBION, IN. 46701

ALLEN COUNTY SHERIFF'S DEPT.
417 S. CALHOUN ST. SUITE 100
FORT WAYNE, IN. 46802

DETECTIVE MICHAEL CARROLL {NOBLE
210 SOUTH 7TH STREET
ALBION, IN. 46701

INDIANA STATE POLICE DEPT.
5811 ELLISON ROAD
FORT WAYNE, IN. 46804

LIEUTENANT R.CORY CULLER {ISP};
5811 ELLISON ROAD
FORT WAYNE, IN. 46804

SGT. JOHN R. PETRO {ISP}
5811 ELLISON ROAD
FORT WAYNE, IN. 46804

I.   JURISDICTION &VENUE

This is a civil action authorized by 42 U.S.C, section 1983 to redress the deprivation, under color of state law, of rights secured by the constitutions of the United States. The court has jurisdiction under 28 U.S.C, section 1331, and 1343(a)(3), and 1367(a) Pendent (supplemental) over state claims, which extend the jurisdiction of federal district courts to all claims that are sufficiently related to the claim or claims on which their original jurisdiction is based to be part of the same case or controversy within the meaning of Article III of the federal constitution.

On or about the 22nd day of August, around 10pm  I was laying in my bed and I heard a loud boom. The front door was kicked in and I saw a lot of flashing lights and was hearing a lot of commotion going on from the officers commands and them yelling while making entry to the home with their guns drawn. I was thrown to the ground face first by several unknown officers, who began giving me commands and shoved my head hard into the floor when I did not respond to him or his questioning. I was more concern with my autistic son that is mentally challenged and how the officers were handling him. I seen an unknown tall white officer with bars on his uniform and another unknown officer slam him to the ground and was being extremely excessive with Quinton.  I tried to get up so that I could assist my son, which I was struck in the back of my head with a closed fist by one of the officers, and told me to quit resisting and to shut up.  Quinton was screaming and from my view, it was as they were hurting him, because they were twisting his arms and legs trying to place handcuffs on him. Me or Quinton never experienced any thing like this before, which I heard the officers making unprofessional comments to him, such as "quit resisting you black fucker, you nigger, and you want me to give you an attitude adjustment, and your just like your no good brothers" and will end up in prison for the rest of your life. A unknown short white officer in an all black or dark blue uniform struck him several times with his close fist, and I became outraged because the other officers joined in and starting kicking, kneeing, punching, and using excessive force on my child, I tried to get up but was immediately slammed back to the ground striking my face and caused "injury" to my lip and eye which I wear glasses and they were broke in the process, as I laid helpless and watched from where I was forcefully held on the ground.  This went on for over 5-15 minutes, which I was lead outside, handcuffed in the cold in my night gown with no shoes on and placed in the back seat of an unknown police car.  I tried to talk with the officers and explain that my son has mental health issues and is "autistic", but no one care and the other officers started to search and destroy the house.  After a while went by, Quinton was brought out of the house, hog-tied, handcuffed and thrown in the back seat of another police car with no shoes on also. I was detained and held against my will for over several hours handcuffed, no shoes on, no phone, helpless and was not allowed back into the house until like 5am. While in the backseat, I saw several officers go inside the house and come outside the house, with numerous properties and personal material was taken from the house. The officers were coming out of the house with boxes, safes, bags, computers and clothing items in hand, which at no time was a "search warrant" shown to me or presented for my observation as to the reason "why" they were there searching and breaking into my home.  At no time was there "any" knocks on the door, or did the officers notify me or make their presence known to me that these were infact

D-6 (revised 12/28/15)                                   Complaint - 3

police officers, nor did they alert me that they were serving a search warrant, because I could of open the door for them, and the search could have been conduct civilized and professional. Personal property, computers, computers data and documents of my son Anthony who is incarcerated and my brother Tony personal property was also "seized" by the officers, which I was storing for them in separate rooms upstairs in the house, They also seized my laptop computer along with other personal items. There is major damage to the front door, sofa, carpet, and couch from the forceful and reckless entry to the home, and the reckless searching for unknown items, which needs repaired immediately. Both me and my son have been traumatized completely by this first time, in a life time experience and have been seeing "mental health" and other doctors for injuries. I filed a tort claim with all the mentioned departments and officers involved, which was denied. I will be suing for wrongful entry, invasion of privacy, excessive force, mental anguish, mental stress, defamanation, racial comments, property damage, lack of training for the officers who handle "mental health" citizens, negligence, etc. al, which im currently seeking an attorney to handle all my claims that I now bring forth before the Court. { I don't really know the names of all officers, but I do remember faces and could identify them if I seen them again}.

**Unreasonable search or seizure.**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search, or seizure, shall not be violated; and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or thing to be seized.

"**Both the Fourth Amendment to the United States Constitution and Article [1], Section 11 of the Indiana Constitution require in general that searches should be conducted pursuant to a warrant supported by probable cause.**" *Schlechty v. State*, 926 N.E.2d 1, 3 (Ind. 2010) (footnotes omitted), *cert. denied* 562 U.S. 1150, 131 S. Ct. 934, 178 L. Ed. 2d 776 (2011).3 "And both this jurisdiction and the federal courts have recognized various exceptions to the warrant requirement."

> I Denice Martin had a right to be free from the excessive force, invasion of my privacy, destruction of my property, and the lack of training of the officers who handled my son that is "autistic" and has mental health issues. At no time did the officers identify themselves or show me a "search warrant", which this incident could have been handled differently and me and my son's safety and security would not have been jeopardized.

"The fundamental purpose of the Fourth Amendment is to protect the legitimate expectations of privacy that citizens possess in their persons, their homes, and their belongings." *Montgomery v. State*, 904 N.E.2d 374, 377-78 (Ind. Ct. App. 2009), *trans. denied.* In *State v. Vanderkolk*, No. 79S04-1411-CR-718, 2015 Ind. LEXIS 507, 32 N.E.3d 775, 2015 WL 3608834 (Ind. June 9, 2015)

I Denice Martin is the "sole" guardian and power of attorney for Quinton Martin, who suffers from mental health issues and is deemed "autistic" in medical professionals diagnostic. Quinton should not have been subjected to the unprofessional conduct and excessive actions of the officers that night of August 22, 2017. I feel that "any" wrong situation or movement, I would not be filing for excessive force, damages, etc., but I would have been filing for a Wrongful Death lawsuit because the officers actions that night were unexplainable and deadly towards me and my son.

The purpose of Article 1, Section 11 of the Indiana Constitution "is to protect from unreasonable police activity those areas of life that Hoosiers regard as private." *State v. Quirk*, 842 N.E.2d 334, 339-40 (Ind. 2006). "The provision must receive a liberal construction in its application to guarantee the people against unreasonable search and seizure." *Id.* at 340. Under the Indiana Constitution, the legality of a search depends on whether government conduct was reasonable under the totality of the circumstances. *Tuggle v. State*, 9 N.E.3d 726, 735 (Ind. Ct. App. 2014), *trans. denied.*

COUNT #1   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP};SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS "violated" the 1st, 4th and 14th Amendments of the U.S. constitutions; Indiana Constitution Article 1, Section 11, 12, 13, and 23.

COUNT # 2   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS "illegally" entered the home of 214 east Masterson Ave., Fort Wayne on august 22, 2017, and "illegally" searched the home 3 times after the first search.

COUNT #3
NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS "used' unreasonably, unwanton excessive force on August 22, 2017, causing "injury" to plaintiffs.

COUNT #4  NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  "detained" plaintiffs without probable cause, and or held plaintiffs beyond their "free will" for over an excessive period of time. Plaintiffs was deprived to go or leave as they pleased, and "seized" their freedom of locomotion.

COUNT #5   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  "violated" plaintiffs expectation of privacy, and "seized' personal property, computer data and documents, and vehicles without proper Due process of Law.

COUNT # 6 NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF}; SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}

LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  "used" racial and discrimatory language towards plaintiffs during the search, and or violated plaintiffs equal protection rights.

COUNT #7   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF};
SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  "violated" the Americans with Disability Act on August 22, 2017 when coming into contact with Quinton during the search.  The mentioned officers were not properly trained or experienced when handling mental health citizens, and shown "no" de-escalation tactics or training.

COUNT #8   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF};
SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  are "responsible' for failure to train.  Failure to intervene, when wrongdoing was occurring on August 22, 2017, and afterwards when the property was searched {illegally} three times after the initial search on 8-22-17.

COUNT #9   NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF};
SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  are 'responsible' for harassment, retaliation, and retaliatory conduct since the initial search on August 22,2017.

COUNT # 10 NOBLE COUNTY SHERIFF'S DEPT.;ALLEN CONUTY SHERIFF'S DEPT.;FORT WAYNE POLICE DEPT.;INDIANA STATE POLICE DEPT.;
DOUG HARP {NOBLE CO. SHERIFF};SGT. JOE HUTSELL {NOBLE CO. SHERIFF};
SGT. TIM DOLBY {NOBLE CO. SHERIFF};DETECTIVE SHAWN DUNAFIN {NOBLE CO.};DETECTIVE MICHAEL CARROLL {NOBLE CO.}
LIEUTENANT R.CORY CULLER {ISP];SGT. JOHN R. PETRO {ISP}; AND UNKNOWN OFFICERS  are "responsible" for the damages and repairs to the back main security door, back  interior door, carpet, sofa, couch, love seat, walls, etc., that was damaged during the search and forceful entry.

## 1983 CLAIMS

__Every person who, under color of "any" Statue, ordinance, regulation, custom, or usage of any "STATE", subjects or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof, to the deprivation of any rights, privileges, or immunities secured by the constitutions and laws, shall be liable to the party "injured" in an action at law, suit in "equity", or other proper proceeding for "Redress". (Emphasis added)

## PURSUIT OF REDRESS

In morals, and the eyes of the law, there is a vast difference between the criminality of a person acting mistakenly from a worthy motive, and "one" committing the same act from a wanton and malignant spirit, and with a corrupt and wicked design. Vengeance imports a feeling of blame, and an opinion however distorted by passion that a wrong has been done. Even a dog distinguishes between being stumbled over and being kicked. It takes plaintiff over the top and extremely emotional and heart filled to put his experiences, sexual assaults, physical assaults, humiliation on to paper for an imaginary reader to read, examine and determine what claims/allegations will proceed forward, when 42 U.S.C 1983 derived from the civil rights act of 1871, 17 Stat. 13 which it was design and intended to create a "species" of tort liability in favor of "person(s)" deprived of federally secured rights. Redress commensurate to such {person} injuries should be afforded. A jury may consider all the facts which relate to the wrongful act of the defendant(s) and it's consequences to plaintiff. Adopt the policy of judgment of the common law that reckless or callous disregard for the plaintiff's rights, as well as intentional violations of federal law "triggers" and sufficient to award punitive damages.

## PRAYER OF RELIEF

I am suing for 92.7 million dollars (U.S. currency), and all medical related bills, out- of-pocket expense, pain and suffering, damages, etc. al. I would like a preliminary injunction for the harassment and retaliation by the mentioned defendants, and or officers of the mentioned departments. I would like an apology from each defendant mentioned in complaint. I am currently seeking mental health care for myself as to the tragic events, which Quinton Martin {my son} who is handicap and Autistic is currently seeking behavior specialists of Meridian Mental/behavior Association of Fort Wayne, and have been going to and through extreme therapy and medication behind this incident.  My son Quinton is waking up with nightmares, which it has been hard for me to sleep and having worried thoughts of this unprofessional incident happening again.

## RIGHT TO A JURY

Plaintiffs' would respectfully request a trial by jury against the defendants in pursuit of all Claims/allegations mentioned in this said forth complaint.

## CERTIFICATE OF SERVICE

I Denice Martin, Pro-se, plaintiff on behalf of myself, and all plaintiffs hereby certify that on this day 5-7-18, I submitted and filed a correct and true copy with the Court, via postal mail with this Court and served a copy as to "all" defendants mentioned in this said forth complaint.

RESPECTFULLY,

*Denice Martin*

Denice Martin

214 East Masterson Ave.

Fort Wayne, In. 46803

RESPECTFULLY,

*Quinton Martin*

Quinton Martin

214 East Masterson Ave.

Fort Wayne, In. 46803

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

x I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.